# AFFIDAVIT OF SERVICE

**State of Massachusetts**  **County of Suffolk**  **U.S.D. Court**

Case Number: 05-11696DPW

Plaintiff:
**Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds and Local 7**

vs.

Defendant:
**Darwin Metal Services, Inc.**

For:
Law Offices of Mickey Long
193 Old Colony Avenue
Boston, MA 02127

Received by STOKES & LEVIN on the 19th day of August, 2005 at 3:41 pm to be served on **Darwin Metal Services c/o George Baldwin., 24 Strawberry Lane Reading, MA 01864**.

I, Jason Rudy, being duly sworn, depose and say that on the **24th day of August, 2005** at **7:30 pm**, I:

**Personally Served** the within named person with a true copy of this **Summons and Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of August, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

**Jason Rudy**
Civil Process Division

STOKES & LEVIN
27 Glen Street
Stoughton, MA 02072
(781) 341-8390

Our Job Serial Number: 2005004602

Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# UNITED STATES DISTRICT COURT

District of Massachusetts

Trustees of the Iron Workers District Council of
New England Pension, Health and Welfare, Annuity,
Vacation, and Education Funds and Local 7

**SUMMONS IN A CIVIL ACTION**

V.

Darwin Metal Services, Inc.

CASE NUMBER:

**05-11696 DPW**

TO: (Name and address of Defendant)

Darwin Metal Services, Inc.
323 Commercial Street
Malden, MA 02148

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mickey Long
PO Box E-1
193 Old Colony Ave.
Boston, MA 02127

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK



DATE  8-16-05

(By) DEPUTY CLERK