UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE IRON WORKERS DISTRICT )
COUNCIL OF NEW ENGLAND PENSION, HEALTH )
AND WELFARE, ANNUITY, VACATION AND )
EDUCATION FUNDS )
)
and )
)
LOCAL 7 OF THE INTERNATIONAL ASSOCIATION ) CIVIL ACTION NO. 05-11696DPW
OF BRIDGE, STRUCTURAL, ORNAMENTAL AND )
REINFORCING IRON WORKERS, AFL-CIO, )
)
Plaintiffs )
v. )
)
DARWIN METAL SERVICES, INC., )
)
Defendant )

## DEFENDANT'S ANSWER

Now comes the defendant in the above captioned matter, Darwin Metal Services, Inc. ("Darwin"), and responds to the allegations set forth in the complaint in this matter, dated August 16, 2005, as follows:

1. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 1.

2. Admitted.

3. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 3.

4. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 4.

5. Darwin admits that it is a corporation duly organized under the laws of the Commonwealth of Massachusetts. Further answering, Darwin states that it is no longer functioning as a corporation or business, as its founder and principal officer, C. George Baldwin, has passed away on February 20, 2005. Darwin further states that it no longer has a principal place of business in Malden, Massachusetts.

6. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 6.

7. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 7.

8. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 8.

9. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 9.

10. Darwin is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 10.

11. Darwin restates its responses set forth in paragraphs 1 through 11, above, as if fully set forth herein.

12. Denied.

### FIRST AFFIRMATIVE DEFENSE

The plaintiffs' complaint fails to state a claim upon which relief ca[n] be granted.

### SECOND AFFIRMATIVE DEFENSE

Darwin states that the sole director, officer and shareholder of Darw[in] C. George Baldwin, passed away on February 20, 2005.

### THIRD AFFIRMATIVE DEFENSE

The plaintiffs are not entitled to maintain this action because of th[e] plaintiffs' laches.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiffs' complaint must fail due to a lack of consideration.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiffs have failed to mitigate their damages.

SIXTH AFFIRMATIVE DEFENSE

The plaintiffs are estopped by their own actions for maintaining this suit.

SEVENTH AFFIRMATIVE DEFENSE

If the defendant failed to perform any of its agreements referred to in the plaintiffs' complaint, it was executed from the performance of such agreement.

EIGHTH AFFIRMATIVE DEFENSE

The defendant was unable to perform its obligations under any contract due to intervening acts beyond the defendant's control.

NINTH AFFIRMATIVE DEFENSE

The defendant has properly performed all aspects of its agreement to full ability under the law.

Respectfully submitted,
Darwin Metal Services, Inc.,
Defendant,
By its attorney,

*[signature]*

David C. McBride
B.B.O. No. 326910
19 Cherry Street
Danvers, MA 01923
(978) 777-7733

Dated:   September 28, 2005

## CERTIFICATE OF SERVICE

I, David C. McBride, attorney for the defendant, Darwin Metal Services Inc., hereby certify that I have this day served a copy of the foregoing Defendant's Answer, by mailing a copy of same, first class mail, postage prepaid, upon the plaintiffs' counsel of record, Mickey Long, Esq., P.O. Box E-1, 193 Old Colony Avenue, Boston, MA 02127.

Signed this 28th day of September, 2005.

_____
David C. McBride