AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

The _____ DISTRICT OF _____ Massachusetts

**APPEARANCE**

Case Number: 05-11696DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Darwin Metal Services, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/28/2005 | _signature_ |
| Date | Signature |
| | David C. McBride — 26910 |
| | Print Name / Number |
| | 19 Cherry Street |
| | Address |
| | Danvers   MA   01923 |
| | City / State / Zip |
| | (978) 777-7733   (978) 777-3___ |
| | Phone Number / Number |