UNITED STATES DISTRICT COURT
FOR
<u>THE DISTRICT OF MASSACHUSETTS</u>

```
TRUSTEES OF THE IRON WORKERS DISTRICT     )
COUNCIL OF NEW ENGLAND PENSION, HEALTH    )
AND WELFARE, ANNUITY, VACATION AND        )
EDUCATION FUNDS                           )
                                          )
and                                       )
                                          )
LOCAL 7 OF THE INTERNATIONAL ASSOCIATION  )   CIVIL ACTION NO. 05-11696DPW
OF BRIDGE, STRUCTURAL, ORNAMENTAL AND     )
REINFORCING IRON WORKERS, AFL-CIO,        )
                                          )
                    Plaintiffs            )
v.                                        )
                                          )
DARWIN METAL SERVICES, INC.,              )
                                          )
                    Defendant             )
```

**<u>ASSENTED TO MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE</u>**

    Now comes the defendant, Darwin Metal Services, Inc., by its attorney, respectfully requests that this Honorable Court grant a continuance of the Scheduling Conference now scheduled for Thursday, November 3, 2005 at 3:00 p.m.  The defendant respectfully requests that the Scheduling Conference be rescheduled to the next convenient date of the court.

    In support of this motion, defendant's counsel states that he had not received notice of the November 3, 2005 hearing until very recently, when he learned of said hearing from plaintiffs' counsel.  When defendant's counsel then checked the court website on this matter, it was determined that his address had been incorrectly noted on that site.  Therefore, defendant's counsel had not received the court's notice of the conference.  In addition, defendant's counsel also has a conflict with a previously scheduled matter for November 3, 2005.

    The plaintiffs, through counsel, have assented to this motion.

```
                                        Respectfully submitted,
                                        Darwin Metal Services, Inc.,
                                        Defendant,
                                        By its attorney,


                                              /s/ David C. McBride
                                        David C. McBride
                                        B.B.O. No. 326910
                                        19 Cherry Street
                                        Danvers, MA 01923
                                        (978) 777-7733
```

Dated:  October 31, 2005

**ASSENTED TO:**


```
      /s/ Mickey Long
Mickey Long, Esq.
Attorney for the Plaintiffs
P.O. Box E-1
193 Old Colony Avenue
Boston, MA 02127
```