# UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds and Local 7 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO,<br>　　　Plaintiffs,<br><br>v.<br><br>Darwin Metal Services, Inc.,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 05-11696 DPW<br>)<br>)<br>) |

## PLAINTIFF'S PROPOSED PRETRIAL SCHEDULE

Plaintiffs, Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation and Education Funds ("Trustees") and Local 7 of the International Association of Bridge, Structural, Ornamental and Reinforcing iron Workers, AFL-CIO ("Union") hereby propose the following as the Discovery Plan.

### Proposed Joint Case Management Schedule

LR16.2(B)(2) Proposed Discovery Plan

1. Discovery allowed as per Federal Rules of Civil Procedure;

2. Rule 26(a) Initial Disclosures exchanged:     November 30, 2005

3. Discovery Closes:     May 31, 2006

### Proposed Motions Filings

1. Motions to change venue or join parties:     January 10, 2006

2. Rule 26(b) Expert Disclosures:     April 30, 2006

3. Discovery related Motions Filed by:     April 30, 2006

4. Motions for Summary Judgment & other dispositive

   motions with supporting memoranda filed:                July 31, 2006

## Trial Date

Trial (as set by Court).

## Consent to Trial by Magistrate

Plaintiffs consent to discovery and trial by magistrate.

LR 16.1(C) Settlement Proposals

   Defendant has offered no settlement.

   Plaintiff intends to be authorized to make settlement at the conference.

LR 16.1(D)(3) Certifications

   Certification is attached.

                                             Respectfully submitted by,
                                             Plaintiffs,
                                             By and through their attorney,


                                               /s/Mickey Long
                                             Mickey Long, BBO No.34388
                                             PO Box E-1
                                             193 Old Colony Ave.
                                             Boston, MA 02127
                                             Tel. (617) 269-0229
                                             Fax 617.269.567
Date: November 9, 2005                       mickeylong@gis.net

### Certificate of Service

I, Mickey Long, herby certify that I have sent a true and genuine copy of this document, by e-mail to each party to this action on this __9th__ day of November 2005.


                             /s/ Mickey Long
                             Mickey Long

1. Attorney David McBride   (Attorney for Estate)
   19 Cherry Street
   Danvers, MA 01923

2

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds and Local 7 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO,<br>    Plaintiffs, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) **Civil No. 05-11696 DPW**<br>) |
| Darwin Metal Services, Inc.,<br>    Defendant | )<br>)<br>) |

**PLAINTIFFS 16.4 CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), the Plaintiffs, Trustees of the Iron Workers District Counsel of New England Pension, Health, Welfare, Annuity, Vacation and Education Funds, and International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 7 certify they have conferred with their attorney, Mickey Long (a) to establish a budget for the costs conducting the full courses-of litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

|  | Respectfully submitted,<br>Plaintiffs,<br>By their attorney, |
|---|---|
| /s/<br>Thomas Broderick<br>Funds Administrator | /s/Mickey Long<br>Mickey Long, BBO No.34388<br>PO Box E-1<br>193 Old Colony Ave.<br>Boston, MA 02127<br>Tel. (617) 269-0229<br>Fax 617.269.567 |
| Date: November 9, 2005 | mickeylong@gis.net |

1

**Certificate of Service**

I, Mickey Long, herby certify that I have sent a true and genuine copy of this document, by e-mail to each party to this action on this  9 day of November 2005.

        /s/Mickey Long
        Mickey Long

1. Attorney David McBride   (Attorney for Estate)
   19 Cherry Street
   Danvers, MA 01923