UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION, HEALTH AND WELFARE, ANNUITY, VACATION AND EDUCATION FUNDS<br><br>and<br><br>LOCAL 7 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO,<br><br>　　　　　　Plaintiffs<br>v.<br><br>DARWIN METAL SERVICES, INC.,<br><br>　　　　　　Defendant | CIVIL ACTION NO. 05-11696-DPW |

**DEFENDANT'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

　　Now comes the defendant in the above captioned matter, Darwin Metal Services, Inc., and certifies that it has conferred with its counsel, David C. McBride, Esq., in order to discuss and prepare a budget for the full litigation of this matter, and to discuss alternative courses of the litigation, and to consider the use of alternative dispute resolution to resolve this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Darlene Baldwin
　　　　　　　　　　　　　　　　　　Darlene Baldwin, Executrix
　　　　　　　　　　　　　　　　　　of the Estate of C. George Baldwin


　　　　　　　　　　　　　　　　　　　/s/ David C. McBride
　　　　　　　　　　　　　　　　　　David C. McBride
　　　　　　　　　　　　　　　　　　B.B.O. No. 326910
　　　　　　　　　　　　　　　　　　19 Cherry Street
　　　　　　　　　　　　　　　　　　Danvers, MA 01923
　　　　　　　　　　　　　　　　　　(978) 777-7733

Dated: November 9, 2005

**CERTIFICATE OF SERVICE**

I, David C. McBride, attorney for the defendant, Darwin Metal Services, Inc., hereby certify that I have this day sent a true copy of the foregoing document, by e-mailing a copy of same, to plaintiffs' counsel of record, Mickey Long, Esq., P.O. Box E-1, 193 Old Colony Avenue, Boston, MA 02127.

Signed this 9th day of November, 2005.

                                                                     /s/ David C. McBride  
                                                                     David C. McBride