UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE IRON WORKERS DISTRICT )
COUNCIL OF NEW ENGLAND PENSION, HEALTH )
AND WELFARE, ANNUITY, VACATION AND )
EDUCATION FUNDS )
)
and )
)
LOCAL 7 OF THE INTERNATIONAL ASSOCIATION )   CIVIL ACTION NO. 05-11696-DPW
OF BRIDGE, STRUCTURAL, ORNAMENTAL AND )
REINFORCING IRON WORKERS, AFL-CIO, )
)
                Plaintiffs )
v. )
)
DARWIN METAL SERVICES, INC., )
)
                Defendant )

**DEFENDANT'S PROPOSED PRETRIAL SCHEDULE**

Now comes the defendant in the above captioned matter, Darwin Metal Services, Inc., and states its assent and approval to the Plaintiff's Proposed Pretrial Schedule, submitted on this date.

                                            Respectfully submitted,
                                            Darwin Metal Services, Inc.,
                                            Defendant,
                                            By its attorney,

                                            /s/ David C. McBride
                                            David C. McBride
                                            B.B.O. No. 326910
                                            19 Cherry Street
                                            Danvers, MA 01923
                                            (978) 777-7733

Dated:  November 9, 2005

**CERTIFICATE OF SERVICE**

I, David C. McBride, attorney for the defendant, Darwin Metal Services, Inc., hereby certify that I have this day sent a true copy of the foregoing document, by e-mailing a copy of same, to plaintiffs' counsel of record, Mickey Long, Esq., P.O. Box E-1, 193 Old Colony Avenue, Boston, MA 02127.

Signed this 9th day of November, 2005.

                                                      ___/s/ David C. McBride____
                                                    David C. McBride