UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE IRON WORKERS
DISTRICT COUNCIL OF NEW ENGLAND PENSION
HEALTH AND WELFARE, ANNUITY, VACATION,
AND EDUCATION FUNDS ET AL
      Plaintiffs

CIVIL ACTION NO. 05-11464-DPW

vs.

DARWIN METAL SERVICES, INC.
      Defendant

### ORDER OF RE-ASSIGNMENT TO MAGISTRATE JUDGE

WOODLOCK, D.J.

On November 10, 2005 the parties executed a Consent to the Exercise of Jurisdiction by a United States Magistrate Judge. Accordingly, the above captioned case is hereby ORDERED re-assigned to Magistrate Judge Marianne B. Sorokin for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c). From this date forward the case number on all pleadings should be followed by the initials LTS.

By the Court,

/s/ Michelle Rynne

DATED: November 14, 2005      Deputy Clerk