UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Trustees of the Iron Workers District
Counsel of New England
        Plaintiff,

Civil Action No.   1:05-11696 LTS

v.

Darwin Metal Services
        Defendant(s)

## STIPULATION OF DISMISSAL

SOROKIN, M.J.

    The Court having been advised by counsel on **MONDAY, MARCH 13, 2006** that the above entitled action has been settled:

    It is ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

By the Court,

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE

March 13, 2006
Date